IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | 6:23-po-5094-M-KLD |
|---|---|
| Plaintiff, | Violation: F5474428 |
| vs. | |
| BRANDY M. FORK, | ORDER |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed without prejudice.

Dated this __2nd__ day of April, 2024.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1